UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANDRES GABINO ROSARIO,

                              Plaintiff,                      **ORDER**

           -against-                                        21 Civ. 3811 (JCM)

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
----------------------------------------------------------------X

On February 7, 2022, the Court granted one final extension of the briefing schedule for motions for judgment on the pleadings and extended the time for Plaintiff to file his motion to February 25, 2022. (Docket No. 20). To date, no motion has been filed by Plaintiff. Therefore, by March 14, 2022, Plaintiff is directed to (1) file his motion, and (2) explain why his failure to adhere to the Court's Order should not result in sanctions.

The Commissioner of Social Security's Opposition and Cross-Motion for Judgment on the Pleadings is due sixty days after Plaintiff's motion is filed, and Plaintiff's reply, if any, is due twenty-one days after Defendant's opposition is filed.

Dated: March 10, 2022
       White Plains, New York

                                                            **SO ORDERED:**

                                                          _____
                                                          JUDITH C. McCARTHY
                                                          United States Magistrate Judge