**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANDRES GABINO ROSARIO,

                Plaintiff,            21 **CIVIL** 3811 (JCM)

     -v-                             **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Consent Order dated May 27, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the ALJ will be directed to offer Plaintiff the opportunity for a new hearing and issue a new decision.

**Dated:**  New York, New York
          May 27, 2022

                                                  **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                             **BY:**    *K. Mango*
                                                   **Deputy Clerk**